THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Ray Tuck,       
Appellant.
 
 
 

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion 
 No. 2003-UP-328
Submitted March 26, 2003  Filed 
 May 15, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Druanne D. White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  David Ray Tuck pled guilty to criminal domestic violence 
 of a high and aggravated nature.  He was sentenced to three years, suspended 
 upon the service of 150 days, plus nine months probation.  Tucks appellate 
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967).  Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Tuck did 
 not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.